UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GUS GAGASOULES, et al.,

                        Plaintiffs,                        **ORDER**

        -against-                              CV 08-2409(ADS)(ARL)

MBF LEASING, LLC, et al.,

                        Defendants.
-----------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

     A conference in the above-captioned case has been scheduled for **Monday, November 15, 2010 at 11:30 a.m.**, to be held in Courtroom 814 in the United States Federal Courthouse in Central Islip. The purpose of the conference is to address the plaintiffs' November 3, 2010 letter application.

Dated:  Central Islip, New York                      **SO ORDERED:**
         November 10, 2010

                                                _____/s/_____
                                                ARLENE R. LINDSAY
                                                United States Magistrate Judge